UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** : | | Criminal No. |
| : | | |
| **v.** : | | |
| : | | |
| **CHARLES C. WIGGINS,** : | | VIOLATION:  18 U.S.C. § 201(b)(1)(A) |
| : | | (Bribery of Public Officials) |
| **Defendant.** : | | |
| : | | |

# INFORMATION

The United States Attorney informs the Court that:

1. From in or about 2001 until in or about 2003, CHARLES C. WIGGINS (hereinafter "WIGGINS") owned a computer business called Wiggins Telecommunications located in Temple Hills, Maryland.  WIGGINS, through Wiggins Telecommunications, sought and received work with the District of Columbia Public Schools (hereinafter "DCPS").

2. At all relevant times, an individual known to the United States Attorney (hereinafter "Individual #1) was a public official in that she was employed as an officer manager in the DCPS system.  As part of her duties with DCPS, Individual #1 was responsible for procurement of goods and services for several schools within the DCPS system.

3. At all relevant times, until December 31, 2002, a second individual known to the United States Attorney (hereinafter "Individual #2") was a public official in that he was the principal an elementary school which was operated by DCPS.  Part of Individual #2's responsibilities as a principal was to manage the use of government-issued DCPS purchase cards and approve requests for the purchase of goods and services by Individual #1 for DCPS.

## The Bribery Scheme

4. Defendant WIGGINS, through Wiggins Telecommunications, agreed, through Individual #1, to perform computer and network related work for several DCPS elementary schools.

5. Individuals #1 and #2 were responsible, in their respective positions with DCPS, to approve this work by WIGGINS and his companies, and to approve payments to him.

6. In or about the Fall of 2002, defendant WIGGINS, with the assistance of Individual #1, also created a shell company, Motts Sales and Services, through which defendant WIGGINS billed DCPS, at the instruction of Individual #1, for custodial and computer-related goods and services allegedly provided to DCPS.

7. From in or about 2001 until in or about 2003, defendant WIGGINS, in his capacity as the owner of Wiggins Telecommunications, received more than $300,000 for computer related installation and maintenance work reportedly performed in various schools with the DCPS.

8. From in or about the Fall of 2002 until in or about Spring of 2003, defendant WIGGINS received, through his shell company Motts Sales and Service, more than $60,000 for alleged services and goods allegedly provided to DCPS.

9. During the time periods set forth in paragraphs 7 and 8, above, in return for maintaining his lucrative work with DCPS, defendant WIGGINS provided, directly and indirectly, to Individuals #1 and #2 a total of approximately $49,332.47 in the form of cash, cashier's checks and personal checks.

10. Between in or about 2001 and in or about 2003 in a continuing course of conduct, the exact dates being unknown, in the District of Columbia and elsewhere, defendant WIGGINS, directly and indirectly, did corruptly give and agree to give to public officials Individuals #1 and #2

something of value, that is, cash, cashier's checks, and personal checks, with the intent to influence Individuals #1 and #2 in their official acts, that is, preferential treatment in receiving opportunities to perform computer installation and performance services work for, and allegedly provide custodial goods to, DCPS.

**(Payment of Bribes to Public Officials, in Violation of Title 18, United States Code, Section 201(b)(1)(A))**

          Respectfully submitted,

          KENNETH L. WAINSTEIN
          UNITED STATES ATTORNEY
          D.C. BAR #  #451058


BY: _____
          JULIEANNE HIMELSTEIN,
          D.C. Bar #417136
          DANIEL P. BUTLER
          D.C. Bar # 417718
          ASSISTANT U.S. ATTORNEYS
          555 Fourth Street, N.W.
          Washington, D.C. 20530
          (202) 514-8203 and (202) 353-9431
          Julieanne.Himelstein@USDOJ.Gov
          Daniel.Butler@USDOJ.Gov