## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-433 (JDB)** |
| | : | |
| **v.** | : | |
| | : | |
| **CHARLES C. WIGGINS** | : | |
| | : | |
| **Defendant.** | : | |

### NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the

District of Columbia, informs the Court that the above captioned matter is assigned to Assistant

United States Attorneys Julieanne Himelstein, Bar Number 417136, telephone number (202) 514-

8203, and Daniel P. Butler, Bar Number 417718, telephone number (202) 353-9431, and this is

notice of their appearances in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY


[s]

_____
JULIEANNE HIMELSTEIN
Bar No. 417136
DANIEL P. BUTLER
Bar No. 417718
ASSISTANT UNITED STATES ATTORNEYS
Bar No. 417136
555 4th Street, N.W., 5TH Floor
Washington, DC 20530
(202) 514-8203, (202) 353-9431
Julieanne.Himelstein@USDOJ.Gov
Daniel.Butler@USDOJ.Gov