UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 0 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No. 05-433
)
)
CHARLES C. WIGGINS )

WAIVER OF INDICTMENT

I, **CHARLES C. WIGGINS**, the above-name defendant, who is accused of

Bribery of Public Officials
18 USC 201(b)(1)(A)

being advised of the nature of the charge(s), the proposed information, and of my rights,

hereby waive in open court on **January 4, 2006** prosecution by indictment

and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____    Date: Jan. 4, 2006
Judge John D. Bates