U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

**FILED**

JAN 0 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA   :

v.   :

CHARLES C. WIGGINS,   :   Case No.   05-433   (JDB)

Defendant.   :

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __4th__ day of __January, 2006__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __to be determined__ by __FBI SA Jared Wise__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __the FBI Washington Field Office__ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __SA Jared Wise__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge ~~XXXXXXXXXXXX~~ JOHN D. BATES

COURT
~~DEFENSE~~ COUNSEL

DOJ USA-16-1-80