UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-433 (JDB) |
| | : | |
| v. | : | |
| | : | |
| CHARLES C. WIGGINS, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S UNOPPOSED MOTION TO
CONTINUE STATUS HEARING DATE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this unopposed motion to continue the status hearing date in this case, currently set for November 17, 2006, at 9:00 a.m., to some time in early-February, 2007. In support of this motion, the United States represents as follows:

1. On January 4, 2006, defendant Charles C. Wiggins pled guilty before the Court to a one-count Information charging him with bribery of public officials, in violation of 18 U.S.C. § 201(b)(1)(A). Defendant is on release on his own personal recognizance pending sentencing.

2. Pursuant to the obligations under the plea agreement, the defendant has met with and provided cooperation to representatives of the government. There is, however, at least one matter that potentially needs further development and resolution before this defendant is ready to proceed to sentencing. This request by the parties for a continuance of the status hearing date in this case is being made so that both parties might obtain the benefits of the plea agreement. Accordingly, the parties request that the defendant's status hearing be continued to early-February, 2007. This is the fourth request for a continuance of the status date following the guilty plea.

3. Counsel for the defendant, Sidney S. Friedman, has informed the undersigned prosecutor that he does not oppose this motion.

WHEREFORE, it is respectfully requested that this motion be granted.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY
        D.C. Bar No. 498610


        / s /
_____
        DANIEL P. BUTLER, D.C. Bar #417718
        ASSISTANT U.S. ATTORNEY
        555 4th Street, N.W., Room 5231
        Washington, D.C. 20530
        (202) 353-9431
        Daniel.Butler@usdoj.gov