UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-433 (JDB) |
| | : | |
| v. | : | |
| | : | |
| CHARLES C. WIGGINS, | : | |
| | : | |
| Defendant. | : | |

## ORDER

This matter comes before the Court on the Government's Unopposed Motion to Continue the Status Hearing. Upon review of the motion and the entire record, the Court concludes that good cause exists to grant the motion.

THEREFORE, it is this _____ day of November, 2006, hereby

**ORDERED** that the motion is **GRANTED** and the November 17, 2006, status hearing date is hereby vacated; it is

**FURTHER ORDERED** that status hearing in this case is now scheduled for the following date and time: _____.

_____
THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT COURT JUDGE
FOR THE DISTRICT OF COLUMBIA

cc:   Mr. Sidney S. Friedman
      Weinstock, Friedman & Friedman, P.A.
      (Counsel for defendant)

      Mr. Daniel P. Butler
      Assistant United States Attorney