UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-433 (JDB)** |
| | : | |
| **v.** | : | |
| | : | |
| **CHARLES C. WIGGINS,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

This matter comes before the Court on the Government's Unopposed Motion to Continue the Status Hearing. Upon review of the motion and the entire record, the Court concludes that good cause exists to grant the motion.

THEREFORE, it is this _____ day of _____, 2007, hereby

**ORDERED** that the motion is **GRANTED** and the March 7, 2006, status hearing date is hereby vacated; it is

**FURTHER ORDERED** that status hearing in this case is now scheduled for the following date and time: _____.

                                                    _____
                                                    THE HONORABLE JOHN D. BATES
                                                    UNITED STATES DISTRICT COURT JUDGE
                                                    FOR THE DISTRICT OF COLUMBIA

cc:   Mr. Sidney S. Friedman
       Weinstock, Friedman & Friedman, P.A.
       (Counsel for defendant)

       Mr. Daniel P. Butler
       Assistant United States Attorney