UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 05-433 (JDB) |
| | : | |
| v. | : | |
| | : | |
| **CHARLES C. WIGGINS,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S UNOPPOSED MOTION TO
CONTINUE STATUS HEARING DATE AND
TO CONVERT THE DATE TO A SENTENCING DATE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this unopposed motion to continue the status hearing date in this case, currently set for November 15, 2007, at 9:00 a.m., to January 31, 2008, at 9:00 a.m. Also, the government, without opposition, requests that the date be converted to a sentencing date. In support of this motion, the United States represents as follows:

1. On January 4, 2006, defendant Charles C. Wiggins pled guilty before the Court to a one-count Information charging him with bribery of public officials, in violation of 18 U.S.C. § 201(b)(1)(A). Defendant is on release on his own personal recognizance pending sentencing.

2. Pursuant to the obligations under the plea agreement, the defendant has met with and provided cooperation to representatives of the government. There is, however, at least one matter that potentially needs further development and resolution before this defendant is ready to proceed to sentencing. This request by the parties for a continuance of the status hearing date in this case is being made so that both parties might obtain the benefits of the plea agreement. Accordingly, the parties request that the defendant's status hearing be continued to a date in January of 2008, and that the date be converted from a status to a sentencing date.

3. Counsel for the defendant, Sidney S. Friedman, has informed the undersigned prosecutor that he does not oppose this motion.

4. In a telephone conversation today with Courtroom Deputy Tim Bradley and Mr. Friedman, Mr. Bradley said that January 31, 2008, at 9 a.m., is available for the Court.

WHEREFORE, it is respectfully requested that this motion be granted.

                                    Respectfully submitted,

                                    JEFFREY A. TAYLOR
                                    UNITED STATES ATTORNEY
                                    D.C. Bar No. 498610


                                    / s /
_____
                                    JULIEANNE HIMELSTEIN
                                    Bar No. 417136
                                    DANIEL P. BUTLER
                                    Bar No. 417718
                                    ASSISTANT UNITED STATES ATTORNEYS
                                    Bar No. 417136
                                    555 4th Street, N.W., 5TH Floor
                                    Washington, DC 20530
                                    (202) 514-8203, (202) 353-9431
                                    Julieanne.Himelstein@USDOJ.Gov
                                    Daniel.Butler@USDOJ.Gov