**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO.  05-433 (JDB)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **CHARLES C. WIGGINS,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## ORDER

This matter comes before the Court on the Government's Unopposed Motion to Continue the Status Hearing, and to Convert the Date to a Sentencing Date.  Upon review of the motion and the entire record, the Court concludes that good cause exists to grant the motion.

THEREFORE, it is this _____ day of _____, 2007, hereby

**ORDERED** that the motion is **GRANTED** and the November 15, 2007, status hearing date is hereby vacated; it is

**FURTHER ORDERED** that a sentencing hearing in this case is now scheduled for the following date and time: _____.

_____
THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT COURT JUDGE
FOR THE DISTRICT OF COLUMBIA

cc:    Counsel of record by ECF