UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-433 (JDB) |
| | : | |
| v. | : | |
| | : | |
| CHARLES C. WIGGINS, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S UNOPPOSED MOTION
## TO CONTINUE SENTENCING DATE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this unopposed motion to continue the sentencing hearing date in this case, currently set for January 31, 2008, at 9:00 a.m., to May 16, 2008, at 9:00 a.m. In support of this motion, the United States represents as follows:

1. On January 4, 2006, defendant Charles C. Wiggins pled guilty before the Court to a one-count Information charging him with bribery of public officials, in violation of 18 U.S.C. § 201(b)(1)(A). Defendant is on release on his own personal recognizance pending sentencing.

2. Pursuant to the obligations under the plea agreement, the defendant has met with and provided cooperation to representatives of the government. There is, however, at least one matter that potentially needs further development and resolution before this defendant is ready to proceed to sentencing. This request by the parties for a continuance of the sentencing hearing date in this case is being made so that both parties might obtain the benefits of the plea agreement. Accordingly, the parties request that the defendant's sentencing hearing be continued to May 16, 2008.

3. Counsel for the defendant, Sidney S. Friedman, has informed the undersigned prosecutor that he does not oppose this motion and he is available on May 16, 2008, at 9:00 a.m.

4. In a telephone conversation today, Courtroom Deputy Tim Bradley said that May 16, 2008, at 9:00 a.m., is available for the Court.

WHEREFORE, it is respectfully requested that this motion be granted.

                          Respectfully submitted,

                          JEFFREY A. TAYLOR
                          UNITED STATES ATTORNEY
                          D.C. Bar No. 498610

                          _____/s/_____
                          JULIEANNE HIMELSTEIN
                          Bar No. 417136
                          DANIEL P. BUTLER
                          Bar No. 417718
                          ASSISTANT UNITED STATES ATTORNEYS
                          Bar No. 417136
                          555 4th Street, N.W., 5TH Floor
                          Washington, DC 20530
                          (202) 514-8203, (202) 353-9431
                          Julieanne.Himelstein@USDOJ.Gov
                          Daniel.Butler@USDOJ.Gov