UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-433 (JDB)** |
| | : | |
| v. | : | |
| | : | |
| **CHARLES C. WIGGINS,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING DATE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this unopposed motion to continue the sentencing hearing in this case that is currently scheduled for Friday, May 16, 2008, at 9:00 a.m. In support of this motion, the United States represents:

1. On January 4, 2006, the defendant, Charles C. Wiggins, pled guilty before the Court to an Information charging him with one count of bribery of public officials, in violation of 18 U.S.C. § 201(b)(1)(A). The court released the defendant, pending sentencing, on his personal recognizance.

2. The parties request that the defendant's sentencing hearing be continued to a date after the conclusion of all trial proceedings in the case of United States v. George W. Smitherman, Crim., No. 06-284, which is scheduled for trial on July 8, 2008. Such a continuation is in the interests of justice because, upon conclusion of the Smitherman trial, the government will be able to provide the Court with a complete account of the nature and extent of the defendant's cooperation as well as its consequences.

3. Undersigned counsel has conferred with counsel for the defendant, Sidney S. Friedman, who advises that he does not oppose this motion.

WHEREFORE, it is respectfully requested that this motion be granted.

                        Respectfully submitted,

                        JEFFREY A. TAYLOR
                        UNITED STATES ATTORNEY
                        D.C. Bar No. 498610


                 / s /

                        JULIEANNE HIMELSTEIN
                        Bar No. 417136
                        RENATA KENDRICK COOPER
                        Bar No. 424248
                        ASSISTANT UNITED STATES ATTORNEYS
                        555 Fourth Street, N.W., Fourth Floor
                        Washington, DC 20530
                        (202) 353-9431; (202) 307-0031
                        julieanne.himelstein@usdoj.gov
                        renata.cooper@usdoj.gov