UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-433 (JDB)** |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **CHARLES C. WIGGINS,** | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that this case is assigned to Assistant United States Attorney JULIEANNE HIMELSTEIN, Julieanne.Himelsteint@usdoj.gov and this notice is notice of her appearance as co-counsel with Assistant United States Attorney Patricia Stewart in this case.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

              /s/
BY:   JULIEANNE HIMELSTEIN
       Assistant United States Attorney
       Bar No. 417136
       555 4th Street, N.W. Room 4832
       Washington, D.C. 20530
       (202) 514-8203
       Julieanne.Himelstein@usdoj.gov