UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-433 (JDB)** |
| | : | |
| v. | : | |
| | : | |
| **CHARLES C. WIGGINS,** | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S MOTION TO CONTINUE SENTENCING DATE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this motion to continue the sentencing hearing in this case that is currently scheduled for Friday, July 18, 2008, at 9:00 a.m. In support of this motion, the United States represents:

1. On January 4, 2006, the defendant, Charles C. Wiggins, pled guilty before the Court to an Information charging him with one count of bribery of public officials, in violation of Title 18 of United States Code, Section 201(b)(1)(A). The court released the defendant, pending sentencing, on his personal recognizance.

2. In light of the conclusion on July 16, 2008, of all trial proceedings in the case of United States v. George W. Smitherman, Crim., No. 06-284, the government now requests that the defendant's sentencing hearing be continued for two weeks to August 1, 2008. Such a continuation is in the interests of justice because, now that the Smitherman trial has concluded, the government will be able to provide the Court with a complete account of the nature and extent of the defendant's cooperation as well as its consequences.

3. Undersigned counsel attempted to confer with counsel for the defendant, but was unable to reach counsel prior to the filing of this motion. The government believes that the defendant will

benefit from the government's request for a short continuance and that the continuance, therefore, will not prejudice the defendant.

    WHEREFORE, it is respectfully requested that this motion be granted.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    UNITED STATES ATTORNEY
    D.C. Bar No. 498610

    / s /

---

    JULIEANNE HIMELSTEIN
    Bar No. 417136
    RENATA KENDRICK COOPER
    Bar No. 424248
    ASSISTANT UNITED STATES ATTORNEYS
    555 Fourth Street, N.W., Fourth Floor
    Washington, DC 20530
    (202) 353-9431; (202) 307-0031
    julieanne.himelstein@usdoj.gov
    renata.cooper@usdoj.gov