UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-433 (JDB)** |
| | : | |
| v. | : | |
| | : | |
| **CHARLES C. WIGGINS,** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

This matter comes before the Court on the Government's Unopposed Motion to Continue the Sentencing Date. Upon review of the motion and the entire record, the Court concludes that good cause exists to grant the motion.

THEREFORE, it is this _____ day of July, 2008, hereby

**ORDERED** that the motion is **GRANTED** and the July 18, 2008, sentencing hearing date is hereby vacated; it is

**FURTHER ORDERED** that sentencing hearing in this case is now scheduled for the following date and time  _____.


                                                                     _____
                                                                     THE HONORABLE JOHN D. BATES
                                                                     UNITED STATES DISTRICT COURT JUDGE
                                                                     FOR THE DISTRICT OF COLUMBIA


cc:     Sidney S. Friedman, Esq.
        Weinstock, Friedman & Friedman, P.A.
        (Counsel for Defendant)

        Julieanne Himelstein
        Assistant United States Attorney
        Renata Kendrick Cooper
        Assistant United States Attorney